UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. LETTIERI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-00873-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed this *pro se* case alleging negligence and diversity of citizenship, 28 U.S.C. § 1332.  On August 19, 2024, the Court ordered Plaintiff to show cause why his request for leave to proceed *in forma pauperis* pursuant to the three-strikes provision set forth in 28 U.S.C. § 1915. Dkt. No. 9.  The Court received no response to this order.  On September 16, 2024, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to the three-strikes provision set forth in 28 U.S.C. § 1915.  Dkt. No. 10.  The Court ordered Plaintiff to pay the $402 filing and administrative fee in full by October 14, 2024 or face dismissal of this action.  Dkt. No. 10.  On September 30, 2024, the Court's September 16, 2024 Order (Dkt. No. 10) was returned to the Court as undeliverable, with the notation that Plaintiff was paroled or discharged.  Dkt. No. 11. On October 7, 2024, the Court's August 19, 2024 Order (Dkt. No. 9) was returned to the Court as undeliverable, with the notation that Plaintiff was paroled or discharged.  Dkt. No. 12.

The deadline to pay the filing fee has passed.  Plaintiff has not paid the filing fee, communicated with the Court, or provided a current address of record as is required by N.D. Cal. L.R. 3-11.

Accordingly, the Court DISMISSES this action for failure to pay the filing fee in full.  This dismissal is without prejudice to filing a request to reopen, but any request to reopen must be

accompanied by the full filing and administrative fees.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk is directed to terminate any remaining motions as moot and close the case.

**IT IS SO ORDERED.**

Dated:   10/16/2024

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge