UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. LETTIERI, | Case No. 24-cv-00873-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FACEBOOK, et al., | |
| Defendants. | |

Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:    10/16/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge